States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Arthur J. Phelan* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for the Deputy Commissioner, and *Eugene X. Murphy* for Hardy, respondents. ■

No. 119. Seitz et al. *v.* Toolan et al., *ante,* p. 826;

No. 155. Kleinman *v.* Kobler, doing business as Kobler Shaving Co., *ante,* p. 830;

No. 243. Shibley *v.* United States, *ante,* p. 873;

No. 311. A A A Dental Laboratories, Inc., et al. *v.* Illinois ex rel. Chicago Dental Society et al., *ante,* p. 863;

No. 322. Shibley *v.* United States, *ante,* p. 873;

No. 35, Misc. Shotkin *v.* City of Miami Beach, Florida, *ante,* p. 813;

No. 102, Misc. Wetzel *v.* Wiggins, Superintendent, Mississippi State Penitentiary, et al., *ante,* p. 807; and

No. 176, Misc. Levy *v.* Evans et al., *ante,* p. 857. Petitions for rehearing denied. Mr. Justice Brennan took no part in the consideration or decision of these applications.

No. 98. Panhandle Eastern Pipe Line Co. *v.* City of Detroit et al., *ante,* p. 829. The motions for leave to file briefs of Independent Natural Gas Association of America, Southern Natural Gas Company, H. E. Sears and A. E. Herrmann Corporation, Northern Natural Gas Company, Cities Service Gas Company and Cities Service Gas Producing Company, and Colorado Interstate Gas Company and Olin Gas Transmission Corporation, as *amici curiae,* are denied. Rehearing denied. Mr. Justice Brennan took no part in the consideration or decision of these motions or this application.